THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDREW SAVINO, Appellant.

Argued November 28, 1941; decided January 8, 1942.

*David M. Markowitz* for appellant.

*Thomas E. Dewey, District Attorney (Eugene A. Leiman* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.